# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-0131V

| | |
|---|---|
| JULIA CONROY,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>               Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

## SCHEDULING ORDER - SPECIAL PROCESSING UNIT

A telephonic status conference was held on February 10, 2021. Leigh Rosser appeared on behalf of Petitioner, and Adriana Teitel appeared on behalf of Respondent. The status conference was convened to discuss the progress of this case.

During the call, a brief procedural summary of this matter was given. It was noted that this case was initiated and released from PAR in February 2020. ECF Nos. 1, 8. Following the initial status conference held March 31, 2020, Respondent was ordered to file a status report confirming that Respondent's counsel had completed an informal assessment of the claim and providing an estimate of the time needed for Respondent's medical review. ECF No. 11. Respondent did so on June 1, 2020 indicating that (based on an attorney record review) an issue that may require additional development or support had been identified: Although Petitioner alleged a left shoulder injury, the vaccination record shows that the vaccine was administered in her right arm. ECF No. ECF No. 15. Respondent acknowledged that Petitioner filed text messages, emails, and a witness affidavit in support of her assertion. *Id.* On July 22, 2020, Petitioner submitted her demand to Respondent. ECF No. 16.

At the status conference, Petitioner's counsel shared that her client has not received any additional treatment for her shoulder and that all medical records have been filed. Further, Respondent's counsel confirmed her April 30, 2021 estimate for the completion of medical review.

The parties were reminded that cases assigned to SPU should not remain idle for extended periods of time, unless it is very evident that settlement will occur. Therefore, if Respondent is unable to state how he will proceed in this case on or around April 30, 2021, Petitioner may be permitted to seek a ruling on the record.

Accordingly, the following is ORDERED:

- **Respondent shall file a status report, by no later than <u>Friday, April 30, 2021</u>, setting forth how Respondent intends to proceed in this case.**

Any questions about this order or about this case generally may be directed to OSM staff attorney **Reiko Suber at (202) 357-6378 or Reiko_Suber@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master